# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| GIOVANNI JOHNATHAN WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF THE PUBLIC ) <br> DEFENDER, Eastern Judicial ) <br> Circuit, Savannah, Georgia; ) <br> OFFICE OF THE DISTRICT ) <br> ATTORNEY, Chatham County, ) <br> Georgia, ) <br> ) <br> Defendants. ) | Case No. CV415-087 |

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Giovanni Johnathan White has failed to comply with the May 14, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 8 (Order warning of dismissal if he failed to return his PLRA forms by that date). See L.R. 41(b); see *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458

(11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA