IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GIOVANNI J. WHITE,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　CASE NO. CV415-087
　　　　　　　　　　　　　　　　　　)
OFFICE OF THE PUBLIC　　　　　　　 )
DEFENDER, Eastern Judicial　　　　 )
Circuit, Savannah, Georgia;　　　　)
and OFFICE OF THE DISTRICT　　　　 )
ATTORNEY, Chatham County,　　　　　)
Georgia,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA